FILED

09/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0067

| | |
|---|---|
| DIANE WENGER,<br>        Petitioner and Appellant,<br><br>        vs.<br><br>STATE FARM MUTAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br>        Respondent and Appellee. | **ORDER** |

The COURT, having reviewed Appellant's Unopposed Motion to Extend

Deadline for Appellant's Reply Brief, and GOOD CAUSE APPEARING, hereby

ORDERS that the deadline for filing Appellant's Reply Brief shall be October 5,

2020.

No further extensions will be granted.

Dated this __ day of September, 2020.

_____
JUSTICE, MONTANA SUPREME COURT

ORDER

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2020